Mark Borghese, Esq.
Nevada Bar No. 6231
*mborghese@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff Ethan Miller

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ETHAN MILLER, an individual, | Case No.: 2:09-cv-01413-RLH-GWF |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO COMPEL DISCOVERY AGAINST DEFENDANT HRHH HOTEL/CASINO, LLC (DOC. #40)** |
| vs. | |
| HRHH HOTEL/CASINO, LLC, a Delaware limited liability company; HRHH DEVELOPMENT, LLC, a Delaware limited liability company; and WARWICK STONE, an individual doing business as WARWICK STONE CREATIVE SERVICES, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RRG-w-1794                                                1

Plaintiff Ethan Miller ("Plaintiff"), by and through his attorneys of record, Weide & Miller, Ltd., hereby withdraws Plaintiff's Motion for Order to Compel Discovery Against Defendant HRHH Hotel/Casino, LLC (Doc. #40).

DATED this 9th day of July, 2010.

**WEIDE & MILLER, LTD.**

*/s/ Ryan Gile*

Mark Borghese, Esq.
Ryan Gile, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Attorneys for Plaintiff Ethan Miller

**ORDER**

**IT IS SO ORDERED**:

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2010

RRG-w-1794                                   2

# CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 7251 West Lake Mead Blvd., Suite 530, Las Vegas, Nevada, 89128.

On **July 9, 2010**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**E-MAIL / E-FILE:** Automatically through the court's electronic filing system or by transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Ryan Gile*

An employee of WEIDE & MILLER, LTD.

RRG-w-1794                    3

## SERVICE LIST

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Justin L. Carley, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169 | Attorney for Defendants HRHH Hotel/Casino, LLC, HRHH Development, LLC, and Warwick Stone | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |

RRG-w-1794

4