JOHN DELIKANAKIS, ESQ.
Nevada Bar No. 5928
JUSTIN CARLEY, ESQ.
Nevada Bar No. 9994
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89106
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252

*Attorneys for Defendants*
*HRHH HOTEL/CASINO, LLC,*
*HRHH DEVELOPMENT, LLC, and*
*WARWICK STONE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETHAN MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HRHH HOTEL/CASINO, LLC, a Delaware limited liability company; HRHH DEVELOPMENT, LLC, a Delaware limited liability company; and WARWICK STONE, an individual doing business as WARWICK STONE CREATIVE SERVICES,<br><br>Defendants. | Case No.: 2:09-cv-01413-RLH-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff, Ethan Miller, and Defendants, HRHH Hotel/Casino, LLC, HRHH Development, LLC, and Warwick Stone (collectively the "Defendants"), have agreed and therefore stipulate:

1. The parties executed a Settlement Agreement setting forth the terms and conditions of the settlement between the parties;

2. The parties have completed the terms of the Settlement Agreement;

3. The parties therefore agree that the matter shall be dismissed with prejudice and that the respective parties will bear their own attorneys' fees, expenses, and costs associated with this action;

4. The parties agree that the jury trial shall be vacated and all other dates removed from the Court's calendar.

DATED: September 23, 2010.

SNELL & WILMER L.L.P.

_____
JOHN DELIKANAKIS, ESQ.
JUSTIN CARLEY, ESQ.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants*
*HRHH HOTEL/CASINO, LLC,*
*HRHH DEVELOPMENT, LLC, and*
*WARWICK STONE*

DATED: September 23, 2010.

WEIDE & MILLER

_____
MARK BORGHESE, ESQ.
RYAN GILE, ESQ.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128

*Attorneys for Plaintiff*
*Ethan Miller*

**ORDER**

Based upon the stipulation of the parties as described above:

**IT IS ORDERED** that this matter is dismissed with prejudice with the respective parties to bear their own attorneys' fees, expenses, and costs associated with this action.

**IT IS FURTHER ORDERED** that the jury trial shall be vacated and all other dates removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated: September 24, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

11946316.1

- 3 -